## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 239 MAL 2023
                                 :
            Respondent            :
                                 :
                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court
        v.                       :
                                 :
                                 :
MICHAEL BRADY OWENS,             :
                                 :
            Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.